# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-1346
_____

ZENITH INSURANCE COMPANY,

Appellant,

v.

DEPARTMENT OF FINANCIAL
SERVICES, DIVISION OF
WORKERS' COMPENSATION,

Appellee.

_____

On appeal from the Department of Financial Services.
Julie Jones, Deputy Chief Financial Officer.

November 3, 2025

PER CURIAM.

AFFIRMED.

LEWIS, ROBERTS, and RAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Ralph P. Douglas, Jr., of McConnaughhay, Coonrod, Pope, Weaver & Stern, P.A., Tallahassee, for Appellant.

Francis Carbone, General Counsel; Cassidy Marie Perdue, and Keith Charles Humphrey, Assistant General Counsel, Tallahassee, for Appellee.

Michael J. Glazer and Shannon M. Morris of Ausley McMullen, Tallahassee, for Amicus Curiae St. Mary's Medical Center, Inc.

Maria Elena Abate of Colodny Fass, Sunrise; and L. Michael Billmeier, Jr., of Colodny Fass, Tallahassee, for Amicus Curiae Summit Consulting, LLC.

Stephen A. Ecenia and Jennifer F. Hinson of Rutledge Encenia, P.A., Tallahassee, for Amicus Curiae Lawnwood Medical Center, Inc. d/b/a HCA Florida Lawnwood Hospital.